NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2: 18-CV-10273 |
| Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
| v. | 21 U.S.C. § 881(a)(6) |
| $201,900.00 IN U.S. CURRENCY, | [DEA] |
| Defendant. | |

    Plaintiff United States of America brings this claim against defendant $201,900.00 in U.S. Currency, and alleges as follows:

### JURISDICTION AND VENUE

    1.   Plaintiff United States of America brings this *in rem* forfeiture action pursuant to 21 U.S.C. § 881(a)(6).

    2.   This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

///

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant in this action is $201,900.00 in U.S. Currency (the "defendant currency") which was seized on or about June 21, 2018 and consists of $200,000.00 seized by law enforcement officers during the execution of a State of California search warrant of a vehicle operated by and then parked at Suiyan Tang's San Gabriel, California residence[1] by Xin Zong and $1,900.00 seized from Suiyan Tang at his San Gabriel, California residence.

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Zong, Tang, and Zhonghuang Li may be adversely affected by these proceedings.

FACTS SUPPORTING FORFEITURE

8. As a result of a law enforcement investigation, officers received information that Tang was a money launderer who was in possession of a substantial amount of narcotic proceeds. As a result of the information officers received, officers obtained State of California search warrants for Tang's San Gabriel, California residence, and vehicles associated with Tang's co-conspirators and

---

[1] Pursuant to Local Rule 5.2-1, only the city and state of personal residence addresses are set forth in this Complaint.

2

operated at the search warrant locations.  After Tang and Zong arrived at Tang's San Gabriel, California residence, officers spoke with them.

9. Zong told officers that his friend Andy had instructed Zong to meet with Zong, Zong was just a middleman, Zong would be paid $2,000 to make the delivery and Zong had $200,000.00 in the trunk of Zong's Acura that did not belong to him (Zong).  In addition, Zong would not tell officers where he (Zong) had obtained the funds or to whom the funds belonged.  Instead, Zong would only tell officers that he (Zong) intended to deliver the funds to Tang.

10. When officers looked inside the trunk of Zong's Acura, officers found $200,000.00 in U.S. Currency (<u>i.e.</u>, part of the defendant currency), after a narcotic detection canine alerted to a backpack housing the funds.  The canine alert signifies that the funds in the backpack had recently been in close proximity to marijuana.

11. Officers searched Tang's San Gabriel, California residence and Tang's Maserati and found multiple indicators of narcotic trafficking activity.  Inside the residence officers found packaging materials of the type commonly used to package marijuana for sales, a heat sealing machine and buckets containing marijuana.  During the search of Tang's Maserati, officers found a digital money counting machine of the type typically used to count money from drug sales.

12. Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotic trafficking, was intended to be used in one or more exchanges for a controlled substance or listed chemical, or was used or intended to be used to facilitate a controlled substance or listed chemical

1 violation, in violation of 21 U.S.C. § 841 et seq.  The defendant
2 currency is therefore subject to forfeiture pursuant to 21 U.S.C.
3 § 881(a)(6).
4     WHEREFORE, plaintiff United States of America prays:
5     (a)  that due process issue to enforce the forfeiture of the
6 defendant currency;
7     (b)  that due notice be given to all interested parties to
8 appear and show cause why forfeiture should not be decreed;
9     (c)  that this Court decree forfeiture of the defendant currency
10 to the United States of America for disposition according to law; and
11     (d)  for such other and further relief as this Court may deem
12 just and proper, together with the costs and disbursements of this
13 action.

DATED: December 11, 2018          NICOLA T. HANNA
                                  United States Attorney
                                  LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Division

                                     /s/ Brent A. Whittlesey
                                  BRENT A. WHITTLESEY
                                  Assistant United States Attorney
                                  Asset Forfeiture Section

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

VERIFICATION

I, Joseph L. Carrillo, hereby declare that:

1. I am a Task Force Officer with the U.S. Drug Enforcement Administration.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed **DECEMBER 11**, 2018 in Los Angeles, California.

JOSEPH L. CARRILLO
TASK FORCE OFFICER
U.S. Drug Enforcement Administration

5